CHICAGO & NORTHWESTERN RAILWAY COMPANY, a Corporation, Appellant, v. O. N. LINDELL, Appellee.

No. 5778.

Circuit Court of Appeals, Ninth Circuit.
May 12, 1930.

Aaron M. Sargent, of San Francisco, Cal., for appellant.

Frank Kauke, of Fresno, Cal., for appellee.

Before RUDKIN, DIETRICH, and WILBUR, Circuit Judges.

*Rehearing denied June 21, 1930.

PER CURIAM.

Judgment affirmed on authority of Chicago & Northwestern Railway Co. v. O. N. Lindell, 281 U. S. 14, 50 S. Ct. 200, 74 L. Ed. ——, decided by the Supreme Court February 24, 1930.